USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 31, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KAREEM BROWN,**

                         **Plaintiff,**

        **-against-**

**MONTEFIORE MEDICAL CENTER,**

                         **Defendant.**

**19 CV 11474 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff requests guidance on moving to amend his complaint. The Court shall consider an amendment only to the extent that Plaintiff seeks to amend his Section 1981 and related race-based state and city law claims. The Court shall not consider an amendment of Plaintiff's gender-based claims or Plaintiff's claims for negligent or intentional infliction of emotional distress. To potentially obviate the need for motion practice, Plaintiff shall serve the amended complaint on Defendant's counsel by April 14, 2021. Defendant's counsel shall advise Plaintiff on whether Counsel consents to the filing of the amended complaint by April 21, 2021. If Defendant's consent, Plaintiff shall file the amended complaint forthwith. If Defendant's do not consent, Plaintiff shall move to amend the complaint by April 28, 2021.

**SO ORDERED.**

**Dated: March 31, 2021**
       New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**