```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREEM BROWN,                                    :
                                                 :
            Plaintiff,                           :     **ORDER**
                                                 :
      -v-                                        :     19-CV-11474 (ALC) (JLC)
MONTEFIORE MEDICAL CENTER,                       :
                                                 :
            Defendant.                           :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On July 19, 2022, counsel for plaintiff, Stacey M. Gray, Esq., submitted to the Court by email an order to show cause for her withdrawal as plaintiff's counsel and a request to stay discovery until her withdrawal application has been decided. She also submitted an affidavit in support of her application.

The law of this jurisdiction permits attorneys to file motions for withdrawal under seal (and *ex parte*, although Ms. Gray copied defense counsel on her email to the Court). *See, e.g., Thekkek v. LaserSculpt, Inc.*, No. 11-CV-4426 (HB) (JLC), 2012 WL 225924, at *3 (S.D.N.Y. Jan. 23, 2012 (citing *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 166 (E.D.N.Y. 2006)). Accordingly, while it does not believe there is anything in the motion papers that implicates attorney-client privilege, in an abundance of caution the Court will permit Ms. Gray to file her motion papers seeking withdrawal under seal, and she is directed to do so forthwith.

1

Ms. Gray is directed to serve a copy of her motion papers upon plaintiff Kareem Brown by both overnight Federal Express at his residence in Oceanside, New York and by email (kennethreem77@yahoo.com) (or the address and email of his designated representative, if appropriate) **by July 22, 2022**, and file proof of service by that date.  Ms. Gray is directed to include a copy of this Order with the motion papers that she is serving on Mr. Brown.

Mr. Brown (or his representative) shall have **until August 1, 2022** to respond to the motion papers, and shall serve Ms. Gray by both overnight Federal Express to her business address and to her email address (sgray@staceygray.com) with any papers opposing the motion to withdraw.  Mr. Brown may send any opposition papers to the Court at the following email address: CottNYSDChambers@nysd.uscourts.gov, and the Court will then file those papers, presumably under seal given the nature of the application.

If Defendant wishes to file any papers with respect to the motion to withdraw and to stay discovery, it shall do so **by August 1, 2022**.

Any reply papers will be due **by August 5, 2022**.

The Court will hold a hearing, by telephone, **on August 11, 2022 at 11:00 a.m.**  Ms. Gray, Mr. Brown, and counsel for Defendant should call the Court using the Court's conference line at (877) 873-8017 (access code: 5277586).  As to the motion to withdraw, the Court will plan to go into private session with Ms. Gray

and Mr. Brown, but it will also conduct a joint session with both sides to discuss a revised discovery schedule if the motion to withdraw is granted.

Finally, discovery is stayed until the Court decides the motion to withdraw.

**SO ORDERED.**

Dated: July 20, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge