```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KAREEM BROWN,

           Plaintiff,                        **ORDER**

      -v-                                  19-CV-11474 (ALC) (JLC)
MONTEFIORE MEDICAL CENTER,

           Defendant.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court respectfully directs the Clerk of Court to modify the viewing level for plaintiff Kareem Brown's Opposition to the Motion to Withdraw and related exhibits, which will be filed separately, to the *ex parte* viewing level, restricted to court users and the filing party, in this case plaintiff and plaintiff's counsel.

      **SO ORDERED.**

Dated: August 1, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge