# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KAREEM BROWN,

                Plaintiff,                19 **CIVIL** 11474 (ALC)

    -against-                   **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                Defendants.

------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2024, Defendant's motion for summary judgment is hereby GRANTED. Plaintiff's request for oral argument is DENIED as moot. Plaintiff's Complaint is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 56.

**Dated:** New York, New York

     March 31, 2024

                               **RUBY J. KRAJICK**

                           _____

                                **Clerk of Court**

     **BY:**

                              **Deputy Clerk**